# Exhibit A

ORIGINAL ●                                    ●

| **DV-100** | **Request for Domestic Violence Restraining Order** |

*You must also complete Form CLETS-001, Confidential CLETS Information, and give it to the clerk when you file this Request.*

**① Name of Person Asking for Protection:**

Lindsey Hill                                                    Age: 27

Your lawyer in this case *(if you have one)*:
Name: Marc H. Garelick, Esq.        State Bar No.: 258278
Firm Name: Meyer, Olson, Lowy & Meyers, LLP

**Address** *(If you have a lawyer for this case, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, give a different mailing address instead. You do not have to give your telephone, fax, or e-mail.):*
Address: 10100 Santa Monica Boulevard, Suite 1425
City: Los Angeles          State: CA      Zip: 90067
Telephone: (310) 277-9747        Fax:(310) 277-4847
E-Mail Address: mg@molfamlaw.com

*Clerk stamps date here when form is filed.*

**FILED**
Superior Court of California
County of Los Angeles

JUN 2 9 2021

Sherri R. Carter, Executive Officer/Clerk of Court
By _____, Deputy
    Mayra Salazar

*Fill in court name and street address:*
Superior Court of California, County of

Los Angeles Superior Court
111 N. Hill Street
Los Angeles, CA 90012

**② Name of Person You Want Protection From:**

Trevor Bauer
Description of person you want protection from:

Sex: ☒ M ☐ F   Height: 6-1   Weight: 190   Hair Color: Brown   Eye Color: Brown
Race: Caucasian                          Age:30   Date of Birth: January 17, 1991
Address *(if known):*
City: Pasadena                            State: CA          Zip:

*Court fills in case number when form is filed.*
**Case Number:**
**21STRO03198**

**③ Do you want an order to protect family or household members?**   ☐ Yes  ☒ No
*If yes, list them*

| Full name | Sex | Age | Lives with you? | Relationship to you |
|-----------|-----|-----|-----------------|---------------------|
|           |     |     | ☐ Yes ☐ No      |                     |
|           |     |     | ☐ Yes ☐ No      |                     |
|           |     |     | ☐ Yes ☐ No      |                     |

☐ *Check here if you need more space. Attach a sheet of paper and write "DV-100, Protected People" for a title.*

**④ What is your relationship to the person in ②?** *(Check all that apply):*

a. ☐ We are now married or registered domestic partners.
b. ☐ We used to be married or registered domestic partners.
c. ☐ We live together.
d. ☐ We used to live together.
e. ☐ We are related by blood, marriage, or adoption *(specify relationship):* _____
f. ☒ We are dating or used to date, or we are or used to be engaged to be married.
g. ☐ We are the parents together of a child or children under 18:

*If you do not have one of these relationships, the court may not be able to consider your request. Read Form DV-500-INFO for help.*

   Child's Name: _____   Date of Birth: _____
   Child's Name: _____   Date of Birth: _____
   Child's Name: _____   Date of Birth: _____
   ☐ *Check here if you need more space. Attach a sheet of paper and write "DV-100, Additional Children" for a title.*
h. ☐ We have signed a Voluntary Declaration of Paternity for our child or children. *(Attach a copy if you have one*

**This is not a Court Order.**

Judicial Council of California, www.courts.ca.gov
Revised July 1, 2016, Mandatory Form
Family Code, § 6200 et seq.

**Request for Domestic Violence Restraining Order**
**(Domestic Violence Prevention)**

DV-100, Page 1 of 6
→

American LegalNet, Inc.
www.FormsWorkFlow.com

| Case Number: |
|---|
| |

**(5) Other Restraining Orders and Court Cases**

a. Are there any restraining/protective orders currently in place OR that have expired in the last six months (emergency protective orders, criminal, juvenile, family)?

☒ No  ☐ Yes *(date of order):* _____ and *(expiration date):* _____  *(Attach a copy if you have one).*

b. Have you or any other person named in ③ been involved in another court case with the person in ②?

☒ No ☐ Yes *If yes, check each kind of case and indicate where and when each was filed:*

| Kind of Case | County or Tribe Where Filed | Year Filed | Case Number *(if known)* |
|---|---|---|---|
| ☐ Divorce, Nullity, Legal Separation | _____ | _____ | _____ |
| ☐ Civil Harassment | _____ | _____ | _____ |
| ☐ Domestic Violence | _____ | _____ | _____ |
| ☐ Criminal | _____ | _____ | _____ |
| ☐ Juvenile, Dependency, Guardianship | _____ | _____ | _____ |
| ☐ Child Support | _____ | _____ | _____ |
| ☐ Parentage, Paternity | _____ | _____ | _____ |
| ☐ Other *(specify):* | _____ | _____ | _____ |

☐ *Check here if you need more space. Attach a sheet of paper and write "DV-100, Other Court Cases" for a title.*

## Check the orders you want. ☑

**(6) ☒ Personal Conduct Orders**

I ask the court to order the person in ② not to do the following things to me or anyone listed in ③:

a. ☒ Harass, attack, strike, threaten assault (sexually or otherwise), hit, follow, stalk, molest, destroy personal property, disturb the peace, keep under surveillance, impersonate (on the Internet, electronically or otherwise), or block movements

b. ☒ Contact, either directly or indirectly, in any way, including but not limited to, by telephone, mail or e-mail or other electronic means

*The person in ② will be ordered not to take any action to get the addresses or locations of any protected person unless the court finds good cause not to make the order.*

**(7) ☒ Stay-Away Order**

a. I ask the court to order the person in ② to stay at least *100* yards away from *(check all that apply):*

☒ Me  ☒ My school

☒ My home  ☐ Each person listed in ③

☒ My job or workplace  ☐ The child(ren)'s school or child care

☒ My vehicle  ☐ Other *(specify):* _____

b. If the person listed in ② is ordered to stay away from all the places listed above, will he or she still be able to get to his or her home, school, job, workplace, or vehicle? ☒ Yes ☐ No *(If no, explain):*

_____

**(8) ☐ Move-Out Order**

*(If the person in ② lives with you and you want that person to stay away from your home, you must ask for this move-out order.)*

I ask the court to order the person in ② to move out from and not return to *(address):*

_____

I have the right to live at the above address because (explain):

_____

**This is not a Court Order.**

Revised July 1, 2016  **Request for Domestic Violence Restraining Order**  DV-100, Page 2 of 6
(Domestic Violence Prevention)  →

American LegalNet, Inc.
www.FormsWorkFlow.com

| Case Number: |
|---|
| |

**⑨ Guns or Other Firearms or Ammunition**
I believe the person in ② owns or possesses guns, firearms, or ammunition.  ☐ Yes  ☐ No  ☒ I don't know
*If the judge approves border, the person in ② will be ordered not to own, possess purchase, or receive a firearm or ammunition. The person will be ordered to sell to, or store with, a licensed gun dealer, or turn in to law enforcement, any guns or firearms that he or she owns or possesses.*

**⑩ ☒ Record Unlawful Communications**
I ask for the right to record communications made to me by the person in ② that violate the judge's orders.

**⑪ ☐ Care of Animals**
I ask for the sole possession, care, and control of the animals listed below. I ask the court to order the person in ② to stay at least _____ yards away from and not take, sell, transfer, encumber, conceal, molest, attack, strike, threaten, harm, or otherwise dispose of the following animals:

_____

I ask for the animals to be with me because: _____

**⑫ ☐ Child Custody and Visitation**
a. ☐ I do not have a child custody or visitation order and I want one.
b. ☐ I have a child custody or visitation order and I want it changed.
*If you ask for orders, you must fill out and attach Form DV-105, Request for Child Custody and Visitation Orders. You and the other parent may tell the court that you want to be legal parents of the children (use Form DV-180, Agreement and Judgment of Parentage).*

**⑬ ☐ Child Support** *(Check all that apply):*
a. ☐ I do not have a child support order and I want one.
b. ☐ I have a child support order and I want it changed.
c. ☐ I now receive or have applied for TANF, Welfare, CalWORKS, or Medi-Cal.
*If you ask for child support orders, you must fill out and attach form FL-150, Income and Expense Declaration or Form FL-155, Financial Statement (Simplified).*

**⑭ ☐ Property Control**
I ask the court to give *only* me temporary use, possession, and control of the property listed here:

_____

**⑮ ☐ Debt Payment**
I ask the court to order the person in ② to make these payments while the order is in effect:
Pay to: _____  ☐ *Check here if you need more space. Attach a sheet of paper and write "DV-100, Debt Payment" for a title.*
For: _____  Amount: $ _____  Due date: _____

**⑯ ☐ Property Restraint**
**I am married to or have a registered domestic partnership with the person in ②** . I ask the judge to order that the person in ② not borrow against, sell, hide, or get rid of or destroy any possessions or property, except in the usual course business or for necessities of life. I also ask the judge to order the person in ② to notify me of any new or big expenses and to explain them to the court.

**⑰ ☐ Spousal Support**
I am married to or have a registered domestic partnership with the person in ② and no spousal support order exists. I ask the court to order the person in ② to pay spousal support. *(You must complete, file, and serve Form FL-150, Income and Expense Declaration, before your hearing).*

**This is not a Court Order.**

Revised July 1, 2016

**Request for Domestic Violence Restraining Order**
**(Domestic Violence Prevention)**

DV-100, Page 3 of 6
→

American LegalNet, Inc.
www.FormsWorkFlow.com

Case Number: _____

**(18)** ☐ **Rights to Mobile Device and Wireless Phone Account**
a. ☐ **Property control of mobile device and wireless phone account**
I ask the court to give **only** me temporary use, possession, and control of the following mobile devices:
_____ and the wireless phone account for the
following wireless phone numbers because the account currently belongs to the person in ② :

(including area code): _____ ☐ my number   ☐ number of child in my care
(including area code): _____ ☐ my number   ☐ number of child in my care
(including area code): _____ ☐ my number   ☐ number of child in my care

☐ *Check here if you need more space. Attach a sheet of paper and write "DV-100, Rights to Mobile Device and Wireless Phone Account" for a title.*

b. ☐ **Debt Payment**
I ask the court to order the person in ② to make the payments for the wireless phone accounts listed in 18a because:
Name of the wireless service provider is:_____ Amount: $ _____ Due Date: _____
*If you are requesting this order, you must complete, file, and serve Form FL-150, Income and Expense Declaration, before your hearing.*

c. ☐ **Transfer of Wireless Phone Account**
I ask the court to order the wireless service provider to transfer the billing responsibility and rights to the wireless phone numbers listed in 18a to me because the account currently belongs to the person in ② .
*If the judge makes this order, you will be financially responsible for these accounts, including monthly service fees and costs of any mobile devices connected to these phone numbers. You may be responsible for other fees. You must contact the wireless service provider to find out what fees you will be responsible for and whether you are eligible for an account.*

**(19)** ☐ **Insurance**
I ask the court to order the person in ② NOT to cash, borrow against, cancel, transfer, dispose of, or change the beneficiaries of any insurance or coverage held for the benefit of me or the person in ② , or our child(ren), for whom support may be ordered, or both.

**(20)** ☒ **Lawyer's Fees and Costs**
I ask that the person in ② pay some or all of my lawyer's fees and costs.
*You must complete, file and serve form FL-150, Income and Expense Declaration, before your hearing.*

**(21)** ☐ **Payments for Costs and Services**
I ask the court to order the person in ② to pay the following:
*You can ask for lost earnings or your costs for services caused directly by the person in ② (damaged property, medical care, counseling, temporary housing, etc.). You must bring proof of these expenses to your hearing.*
Pay to: _____ For: _____ Amount: $_____
Pay to: _____ For: _____ Amount: $_____

**(22)** ☒ **Batterer Intervention Program**
I ask the court to order the person listed in ② to go to a 52-week batterer intervention program and show proof of completion to the court.

**(23)** ☐ **Other Orders**
What other orders are you asking for? _____
_____
_____

☐ *Check here if you need more space. Attach a sheet of paper and write "DV-100, Other Orders" for a title.*

This is not a Court Order.

Revised July 1, 2016            **Request for Domestic Violence Restraining Order**            DV-100, Page 4 of 6
                                    (Domestic Violence Prevention)                                    →

American LegalNet, Inc.
www.FormsWorkFlow.com

| Case Number: |
|---|
|  |

**(24)** ☐ **Time for Service (Notice)**

*The papers must be personally served on the person in ② at least five days before the hearing, unless the court orders a shorter time for service. If you want ther to be fewer than five days between service and the hearing, explain why below. For help read Form DV-200-INFO, "What Is Proof of Personal Service"?*

**(25)** **No Fee to Serve (Notify) Restrained Person**

*If you want the sheriff or marshal to serve (notify) the restrained person about the orders for free, ask the court clerk what you need to do.*

**(26)** **Court Hearing**

The court will schedule a hearing on your request. If the judge does not make the orders effective right away ("temporary restraining orders"), the judge may still make the orders after the hearing. If the judge does not make the orders effective right away, you can ask the court to cancel the hearing. Read form DV-112, *Waiver of Hearing on Denied Request for Temporary Restraining Order,* for more information.

**(27)** **Describe Abuse**

Describe how the person in ② abused you. Abuse means to intentionally or recklessly cause or attempt to cause bodily injury to you; or to place you or another person in reasonable fear of imminent serious bodily injury; or to harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, molest, keep you under surveillance, impersonate (on the Internet, electronically or otherwise), batter, telephone, or contact you; or to disturb your peace; or to destroy your personal property. (For a complete definition, see Fam. Code, §§ 6203, 6320.)

a. Date of most recent abuse:  See attached Declaration of Lindsey Hill

1. Who was there?  See attached Declaration of Lindsey Hill

2. Describe how the person in ② abused you or your child(ren):
   See attached Declaration of Lindsey Hill

☒ *Check here if you need more space. Attach a sheet of paper and write "DV-100, Recent Abuse" for a title.*

3. Did the person in ② use or threaten to use a gun or any other weapon?  ☐ No  ☒ Yes *(If yes, describe):*
   See attached Declaration of Lindsey Hill

4. Describe any injuries:  See attached Declaration of Lindsey Hill
   See attached Declaration of Lindsey Hill

5. Did the police come?  ☒ No  ☐ Yes

   If yes, did they give you or the person in ② an Emergency Protective Order? ☐ Yes ☒ No ☐ I don't know
   *Attach a copy if you have one.*
   The order protects  ☐ you or  ☐ the person in ②

**This is not a Court Order.**

**Request for Domestic Violence Restraining Order**
**(Domestic Violence Prevention)**

DV-100, Page 5 of 6
→


American LegalNet, Inc.
www.FormsWorkFlow.com

Case Number:

**(27) Describe Abuse (continued)**

**Has the person in ② abused you (or your child(ren)) other times?**

b. Date of abuse:  See attached Declaration of Lindsey Hill

1. Who was there?  See attached Declaration of Lindsey Hill
2. Describe how the person in ② abused you or your child(ren):
   See attached Declaration of Lindsey Hill

   ☒ *Check here if you need more space. Attach a sheet of paper and write "DV-100, Recent Abuse" for a title.*

3. Did the person in ② use or threaten to use a gun or any other weapon? ☐ No ☒ Yes *(If yes, describe):*
   See attached Declaration of Lindsey Hill

4. Describe any injuries:  See attached Declaration of Lindsey Hill

5. Did the police come? ☒ No ☐ Yes
   If yes, did they give you or the person in ② an Emergency Protective Order?
   ☐ Yes ☒ No ☐ I don't know *Attach a copy if you have one.*
   The order protects ☐ you or ☐ the person in ②
   *If the person in ② abused you other times, check here ☐ and use Form DV-101, Description of Abuse or describe any previous abuse on an attached sheet of paper and write "DV-100, Previous Abuse" for a title.*

**(28) Other Persons to Be Protected**

The persons listed in item ③ need an order for protection because *(describe):*

**(29)** Number of pages attached to this form, if any: 9

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date:  June 28, 2021

LINDSEY HILL
*Type or print your name*
Date:  June 28, 2021
MARC H. GARELICK, ESQ.
*Lawyer's name, if you have one*

► *Lindsey G. Hill*
*Sign your name*


This is not a Court Order
*Lawyer's signature*

Revised July 1, 2016

**Request for Domestic Violence Restraining Order**
**(Domestic Violence Prevention)**

DV-100, Page 6 of 6

American LegalNet, Inc.
www.FormsWorkFlow.com

05/30/21

Declaration of
Lindsey Hill

**DECLARATION OF LINDSEY HILL**

**ATTACHMENT TO DV-100**

I, Lindsey Hill, declare as follows:

1.      I am the Petitioner in the above-entitled matter.  If called upon as a witness, I could and would testify competently to the following:

2.      I submit this declaration in support of my Request for Domestic Violence Restraining Orders against Respondent, Trevor Bauer.

3.      I reside in San Diego and am 27-years-old. On April 18, 2021, I posted a story on the social media application, Instagram, of the Padres versus Dodgers game at Petco Park in San Diego, while I was watching the game from home. I tagged "Trevor Bauer," a pitcher for the Dodgers who was the starting pitcher that game, in my "story." At the time of my post, I had never met or spoken with Trevor, and we had no prior relationship. I did not "tag" Trevor with the expectation that he would get into contact with me, although I am aware that when a person is "tagged" on Instagram, that individual will receive a notification. I am a baseball fan and, oftentimes, tag different players, much like many other fans do.

4.      After the game, Trevor replied to my story through a direct message on Instagram. Thereafter, we continued communicating via Instagram direct message for the next couple of days. We discussed how the game went and about baseball in general. As we kept messaging using baseball metaphors, we discussed hanging out. On April 18, 2021, Trevor invited me to visit him at his home in Pasadena after the Dodgers' road trip concluded. I agreed to visit. The Instagram messages between Trevor and I are attached as **Exhibit "1."**

5.      On April 21, 2021, I drove from my home in San Diego to Los Angeles to meet Trevor. I arrived at his home at approximately 9:30 p.m. We went into his downstairs living room and spoke for a couple hours. We had a very nice conversation, during which time we got to know each other. We discussed baseball, and childhood memories. I was very open and honest with Trevor. We discussed my sobriety and history. I have been

MEYER, OLSON, LOWY & MEYERS, LLP
3161 Michelson Drive, Suite 1160, Irvine, California 92612

1

1   sober for 17-months and remain sober. Trevor was very kind and supportive during this

2   conversation.

3       6.      At approximately 2:00 a.m., Trevor invited me to sleep upstairs in his

4   bedroom. He gave me the option of sleeping in his bed with him. I was comfortable with

5   the situation after hours of good conversation, so I agreed to sleep in his bed. We cuddled

6   and continued to talk for approximately thirty minutes. He began kissing me, which led to

7   consensual sex.

8       7.      He became slightly aggressive during sex as he began grabbing me, moving

9   my body and pulling my hair. He asked me, "What do you like?" Noticing that he preferred

10  being aggressive, I told him that it was okay to be "a little rough." I asked him what he liked

11  and he replied, "rougher than you." Our encounter was still consensual and non-

12  threatening at this point.

13      8.      He then asked me if I had ever been choked before during sex. I responded

14  yes, meaning that his putting his hands around my neck and applying light pressure. We

15  continued having sex. Trevor then began putting his fingers down my throat in an

16  aggressive manner. I had to ask him to stop. He stopped, but then without asking me or

17  telling me in advance, he wrapped my hair around my neck and choked me. I lost

18  consciousness. Attached as **Exhibit "2"** is a photo of me during the time frame I saw

19  Trevor to show the Court the length of my hair.

20      9.      I don't know exactly how long I was unconscious.  I woke up face down on

21  the bed, disoriented. I began realizing that he was having sex with me in my anus, which I

22  never communicated that I wanted nor did I consent.  It was extremely painful. I was, at

23  first, still disoriented and unable to speak. As soon as I was able, I said "Can we stop." and

24  he immediately did. He then held me very tightly while I was still disoriented. I think he

25  noticed that I was shaken up.

26      10.     After a minute or so, Trevor continued to try to re-initiate sex, but I resisted

27  because I felt sick from losing consciousness and had a lot of pain in my anus. He kept

28  kissing and touching me all over my body, as if he was waiting and initiating to have sex

MEYER, OLSON, LOWY & MEYERS, LLP
3161 Michelson Drive, Suite 1160, Irvine, California 92612

2

1  again. I kept repeating that "I needed a minute." He kept asking "Are you okay?" while

2  continuing to try to initiate sex for the entirety of this time. His concern seemed

3  disingenuous, manipulative and fake. This continued for approximately 15-minutes. Trevor

4  then rolled me over onto my back and started kissing me. We proceeded to resume

5  vaginal sex for approximately five minutes. After we stopped having sex, I got up to use

6  the bathroom. I noticed I was bleeding from my anus and I was barely able to walk. I was

7  still shaken up and extremely tired. Trevor had seemed like he was going to sleep, so I

8  decided to go to sleep in Trevor's bed. In my state at that time, I did not think Trevor was a

9  threat to do anything against my will for the remainder of the night.

10        11.     We slept in until approximately 11:00 a.m. When we woke up, Trevor

11  laughed and said to me in a joking manner, "You feeling a little sore this morning?" It was

12  hard for me to speak up because I was taken back by him laughing about the matter and

13  making a joke out of this. I told him I was very sore and did not enjoy when he commenced

14  anal sex. He seemed to be understanding. I left about an hour later.

15        12.     We continued to communicate for the next three weeks over Instagram and

16  text message. We discussed subjects like baseball and my new job. We also

17  communicated in a sexual nature. Attached as **Exhibit "3"** are messages between me and

18  Trevor.

19        13.     On the night of Saturday, May 15th, Trevor invited me to his house. I arrived

20  at his home at approximately midnight (which would be the morning of Sunday the 16th).

21  Trevor had pitched that night's game and had a really good outing. He was in a very happy

22  and excited mood. We caught up over a couple of hours in his downstairs basement. He

23  started kissing me around 2:00 a.m. and asked if I wanted to go to his room. I agreed. We

24  began having sex. He asked me to agree on a safe word. I wasn't certain if he was joking

25  or not, so I made a joke to lighten the situation and responded, "daddy issues." We both

26  laughed. He then asked me in a serious tone, "What's off limits?" I told him to not put his

27  fingers in my throat. Given our communications the morning following the previous

28  encounter, I thought it was obvious that I would not want to have anal sex. I agreed to

MEYER, OLSON, LOWY & MEYERS, LLP
3161 Michelson Drive, Suite 1160, Irvine, California 92612

3

IN RE MATTER OF HILL/BAUER                                DECLARATION OF LINDSEY HILL

I:\WPDATA\Hill, Lindsey\Pleadings\Decl.DVRO.Lindsey 3.docx

1   have consensual sex; however I did not agree or consent to what he did next. I did not

2   agree to be sexually assaulted.

3       14.    After about five minutes into sex, he again wrapped his hair around my neck

4   and choked me. I again lost consciousness. I awoke extremely disoriented. I was so

5   disoriented I did not remember where I was or who I had been with before I lost

6   consciousness. I was unable to speak or move my body. As I was trying to regain full

7   consciousness, Trevor then rolled me onto my back. My head was turned to the left, so

8   that the right side of my face was on the bed. He resumed to having sex with me again

9   and then **Trevor began punching my face.** This was the first punch I felt but it is very

10  possible that Trevor had already been punching and scratching the right side of my face

11  while I was unconscious.

12      15.    Trevor then punched me hard with a closed fist to the left side of my jaw, the

13  left side of my head, and both cheekbones. I remember this vividly and it was extremely

14  startling and painful. I was absolutely frozen and terrified. I could not speak or move. After

15  punching me several times, he then flipped me back onto my stomach, and began choking

16  me with hair. I lost consciousness again. I re-gained consciousness even more

17  disoriented.  I had a terrible pain behind both of my ears. I tasted blood in my mouth and

18  felt that my lip was split open. My whole body hurt and I could not even tell if he was

19  having sex with me.

20      16.    I then remember him putting me on my back again. I noticed we were no

21  longer having sex. He opened my legs to expose my vagina and began punching me

22  repeatedly in the vagina. I was crying and violently shaking. He then repeated over and

23  over again "You're safe, I'm here. You're safe." I could not stop crying and shaking, and I

24  couldn't talk so he moved my body again by flipping me onto my stomach, moving my

25  arms above me. He began scratching my back. He then whispered "I would never do

26  those things to you if it wasn't sexually." I continued to cry and shake as he scratched my

27  back. He kept repeating, "Talk to me. Can you just talk to me?" I was scared that he would

28  hurt me if I did not say something. I finally was able to stop crying. When I could finally

MEYER, OLSON, LOWY & MEYERS, LLP
3161 Michelson Drive, Suite 1160, Irvine, California 92612

4

IN RE MATTER OF HILL/BAUER                                DECLARATION OF LINDSEY HILL
I:\WPDATA\Hill, Lindsey\Pleadings\Decl.DVRO Lindsey.3.docx

1   speak, I told him "I think my body is having a trauma response." He then asked me, "have

2   you been hit before?" to which I replied I have not. He then told me he was going to

3   shower and I responded "okay."

4       17.   I stayed on the bed as he showered. After he got out, he helped me into the

5   shower to rinse off as I could not physically walk to the shower on my own. I showered

6   quickly and got out, frozen and in extreme pain. I was nauseous and dizzy. He looked at

7   my face in the light and said, "You have a couple of welts. I need to be more careful where

8   I hit you. I also punched your butt while you were unconscious so you may have a bruise

9   there." I didn't respond. I went to sit down on the bed. I wanted to drive home but did not

10  think I would be able to physically or mentally drive anywhere. I remained in shock. I told

11  him I just needed to go to bed, hoping he would fall asleep and I would remain awake until

12  I felt well enough to leave. He fell asleep at 3:30 a.m. I was extremely anxious and terrified

13  the remainder of the night, but still felt extremely disoriented and I was in significant pain.

14  Attached as **Exhibit "4"** is a photograph of my face that night.

15      18.   I got out of the bed at 8:30 a.m. when he was still sleeping. It was the

16  earliest I felt physically capable of leaving. He woke up when I was trying to quietly exit his

17  bedroom door.  He said, "How are you feeling this morning?" I quietly responded, "I'm fine"

18  and I left immediately.

19      19.   I drove home to San Diego. I continued to be in shock, horrified and

20  embarrassed. When I got home, I went to sleep. I woke up Monday morning and was in

21  even more pain than the previous night. I had two dark black eyes and a completely

22  swollen jaw and cheekbones. I had over ten dark red and scabbed scratches from

23  fingernails on the right side of my face that covered my entire cheek and chin. The lower

24  half of my left gums were bruised black. I had a large bump on the top left side of my head.

25  My upper lip was split open and scabbing and I had a dark bruise covering the left half of

26  my bottom lip. I had severe black bruising over the top of my vagina, and multiple bruises

27  all over the right cheek on my butt. Attached as **Exhibit "5"** are photographs of my face

28  taken the day after the abuse.

MEYER, OLSON, LOWY & MEYERS, LLP
3161 Michelson Drive, Suite 1160, Irvine, California 92612

5

IN RE MATTER OF HILL/BAUER                          DECLARATION OF LINDSEY HILL

I:\WPDATA\Hill, Lindsey\Pleadings\Decl.DVRO.Lindsey 3.docx

20.     I threw up violently throughout the day and had severe headaches. I continued to be disoriented and had difficulty keeping my eyes open and staying awake. I called my AA sponsor Lisa and told her what had happened. Lisa told me to get help immediately. I called my best friend Mely and told her I was going to check myself in at the emergency room.  At approximately 4:00 p.m., I drove to the Emergency Room at Alvarado Hospital Medical Center. When I arrived, I was immediately taken in to do rapid CT scans of my brain, face and neck. I was asked what happened, and I advised the hospital psychiatrist and doctor about everything that had happened.

21.     Later, two San Diego Police Department ("SDPD") officers came to speak with me. I told them what happened and how I got my injuries. Later, two separate SDPD detectives came to take an additional statement. I attempted to downplay what occurred out of concern for my privacy and what my statements might lead to. I informed medical staff that my injuries were a result of "rough sex." I admitted to being "choked out" and that Trevor was violent during sex. I told them that I did not want to file charges. I told them that the sexual encounter was with a baseball player, but I did not specifically provide them with Trevor's name at this point. I was afraid of the repercussions both in the public eye and my own personal life. I was afraid what Trevor would do if he found out. I remain afraid that Trevor will find me and hurt me for going to the hospital.

22.     I was diagnosed with an acute head injury and assault by manual strangulation. The May 17th After-visit Summary from Alvarado Hospital Medical Center is attached as **Exhibit "6."** The medical exam recognized ecchymoses on my cheek and orbital bone, as well as above my vagina, on my labia and buttocks. The medical notes further state that I "sustained significant head and facial trauma" and that there were signs of a basilar skull fracture. I have weighed whether to include medical notes in these pleadings, but have decided to in order to fully explain the seriousness of what occurred. I do not waive my medical history, but want to provide the Court with the medical notes relating to this incident.

23.     I was transported by the SDPD police car to another hospital (Palomar

IN RE MATTER OF HILL/BAUER                                           DECLARATION OF LINDSEY HILL
F:\WPDATA\Hill, Lindsey\Pleadings\Decl.DVRO.Lindsey.3.docx

MEYER, OLSON, LOWY & MEYERS, LLP
3161 Michelson Drive, Suite 1160, Irvine, California 92612

1   Health in Escondido) for a "SART exam," and was examined by a nurse who told me that

2   she specializes in sexual assault examinations. Medical personnel photographed my entire

3   body. I have requested these photographs but am not currently in possession of them. I

4   returned from the hospital at approximately 7:00 a.m. on Tuesday morning (May 18th). At

5   approximately 10:00 a.m., two detectives from the Pasadena Police Department arrived at

6   my house, and I gave an additional statement. I took pictures of my face that Tuesday May

7   18th, which are attached as **Exhibit "7."**

8           24.     Three days later, that Friday May 21st, I drove to the Pasadena Police

9   Department to conduct a "cold call." The police wanted to record a phone call between

10  Trevor and I. Since the incident occurred, Trevor had been messaging me nonstop asking

11  me if I was okay. The Pasadena police had me send a text to Trevor stating "Sorry for the

12  late response I was mostly sleeping all day yesterday." Trevor replied "Do you want to talk

13  about it?" Under the police's instructions, I replied "Yeah honestly hearing your voice would

14  help." My text messages with Trevor sent at the instruction of the police are attached as

15  **Exhibit "8."**

16          25.     Trevor then called me and the police recorded the entire conversation and

17  instructed me on what to say during the call. The detectives instructed me that I could lie

18  or cry to try to get Trevor to admit what he had done to me. To not sound scripted, I began

19  the conversation with Trevor asking about the previous evening's baseball game. After

20  Trevor asked me what was wrong, I followed the detectives' script and asked him "What

21  did you do to me when I was unconscious?" He only admitted to punching my butt

22  repeatedly. When I said that "I didn't ask to be punched" and that "This was not a free for

23  all", Trevor attempted to change the topic from him punching me and said "I was trying to

24  follow your lead." At the end of the phone call, at the police's instructions, I said "Thank

25  you for acknowledging what you did to me." Trevor acknowledged it and asked how we

26  could move forward and asked if he could still reach out. I told him that he could because I

27  did not know if the police still needed to collect more messages from him as evidence. It is

28  my understanding that there is an open criminal investigation. I have not been informed

IN RE MATTER OF HILL/BAUER                                          DECLARATION OF LINDSEY HILL
I:\WP\DATA\Hill, Lindsey\Pleadings\Decl.DVRO.Lindsey.3.docx

MEYER, OLSON, LOWY & MEYERS, LLP
3161 Michelson Drive, Suite 1160, Irvine, California 92612

1 whether the proper authorities intend to arrest and press charges against Trevor. I intend

2 to comply with whatever is requested of me in connection with criminal proceedings. As

3 the shock has worn off, I recognize the seriousness of the sexual assault I endured. I do

4 not want Trevor to put anyone else through what I suffered.

5     26.    After our second encounter, Trevor texted and called me *nonstop* for

6 approximately two weeks. I informed him that I was seen by the doctor and was told the

7 bruises and swelling on my face and jaw would be gone in about a week. I was unsure

8 how long I would have the head symptoms for. Trevor responded "I feel so bad that this

9 happened. Wish I could be there with you through it." The text message is attached as

10 **Exhibit "9."**

11     27.    When I did not answer calls, he left me voicemails. On May 17, 2021 at

12 11:18 p.m., Trevor left me a voicemail saying he was worried about me and wants me to

13 call or text him back because he would like to talk. A screenshot of the voicemail from

14 Trevor is attached as **Exhibit "10."** His texts included telling me how much he cares about

15 me, he did not want to see me hurting, and he offered to help me financially because I was

16 unable to work due to my injuries. He even offered to send groceries to my home. I kept

17 my texts brief, responding "no" to his inquiries. The text message from Trevor is attached

18 as **Exhibit "11."**

19     28.    On June 3, 2021, I followed up with my primary care doctor at the Scripps

20 Clinic in Carmel Valley. A follow up MRI was ordered and I was referred for a neurological

21 consult. My June 3rd after visit summary is attached as **Exhibit "12."**

22     29.    I have waited to bring this request for Domestic Violence Restraining Orders

23 to see how the criminal investigation would proceed. I am deeply concerned that no arrest

24 has been made or charges filed. I feel isolated having to respond to Trevor's texts and I

25 suffer extreme stress and anxiety when he sends me messages. I am scared and in fear. I

26 have not asked him to stop contacting me because I fear what he will do. One of the last

27 messages I sent him was "I appreciate all of your offers to help, but the best way you can

28 help me is to never to do that to anyone else ever again." To this, Trevor responded, "I

8

1  would never do anything to hurt anyone. That includes you."

2      30.    I am terrified that he will again invite me to his home or how he will respond if

3  I say no. I want Trevor to cease contacting me, entirely, I must ensure that he does not

4  come to my home, or anywhere near me. I do not want to me contacted by anyone on his

5  behalf. I have been physically harmed, and traumatized. I have been diagnosed with

6  PTSD and experience severe trauma. I am unable to sleep or eat. I am in constant fear. I

7  am severely depressed and feel isolated and lonely. I am absolutely terrified of what will

8  happen when all of this becomes public because he is a large public figure. Trevor has a

9  large following of loyal fans who I fear will threaten me and resort to social media bashing.

10  I am concerned about my safety.

11      I declare under penalty of perjury under the laws of the State of California that the

12  foregoing is true and correct.

13      Executed on June 2⅄, 2021, at Los Angeles, California.

14

15                              *Lindsey C Hill*

16                              LINDSEY HILL

IN RE MATTER OF HILL/BAUER                                    DECLARATION OF LINDSEY HILL
I:\WPDATA\Hill, Lindsey\Pleadings\Decl.DVRO.Lindsey.3.docx

MEYER, OLSON, LOWY & MEYERS, LLP
8161 Michelson Drive, Suite 1160, Irvine, California 92612

# EXHIBIT

---

**EXHIBIT 1**



5:41                                    •• LTE

< 🦁 baueroutage ⊗          ▢  ⚑  ⓘ

4:30 PM

Mmmm nice try but not quite. Maybe next time

Just watch out for me for the rest of the season, my third eye meditations are pretty powerful

Also *digital handshake  nice to meet you Bauer I'm Lindsey

Yo 11/10 execution on the "safe" call when Turner biffed 3rd tho

I'm more of a hug type of guy lol but thank you

Message..          🎤  🖼  ➕

Q  W  E  R  T  Y  U  I  O  P

A  S  D  F  G  H  J  K  L

⬆  Z  X  C  V  B  N  M  ⌫

123        space        return

☺                          🎤







6:15
LTE
baueroutage
time
Just watch out for me for the rest of the season, my third eye meditations are pretty powerful
Also *digital handshake, nice to meet you Bauer I'm Lindsay
Yo 11/10 execution on the "safe" call when Turner biffed 3rd tho
I'm more of a hug type of guy lol but thank you
Love this for us, we can agree on the hug being the best introduction method
And of course lols needed to throw a complimentary jab in there after I presented the original rattled roast
Strike one on the rattle roast honestly. Fell a little short of the zone ya know?
Next roast will be sick
Riff you with some chin music
Make sure to swing at it like manny did today
Message

6:25

baueroutage

Riff you with some chin music

Make sure to swing at it like manny did today

Eh, I usually don't miss

Roast ya boy though for this https://twitter.com/baueroutage/status/1383940460050227205?s=21

Trevor Bauer (トレバー・バウアー) on Twitter
Whispers "it was your toe that made the nine homer" https://t.co/apnRs9W6E"

We'll see

I am - deceased at that. And your Manny retweet roast. Snell can go take an english class on public speaking and Manny needs to go grab his boat oar

Im threatened that your roasting skills are up to par with mine wtf?

Message...

7:01

< baueroutage

Usually is phrased either as not up to par or on par with. But I guess combining the two is fine. Two for one special!

Ok, actually so valid. "On par with" must have slipped my brain lols but I am glad we came to this conclusion

I love to speak my own language, ya feel?

I'm usually not a fan of the feels lol

Ooooo that's gonna get ya out on the bump

No feels = suppressed emotion = tension stored in your body

So many theories on that

Message





7:33

LTE

baueroutage

I'm more on the touchy side of the feels ya know? Helps relieve tension stored in the body so it doesn't get me on the mound

Um duh you are talking to the queen of physical touch. Such a spicy love language

Give me all the spice

retweet, retweet

Another thing we agree on wowza

I mean, that's two things so we're basically at a double already.

Second base. Thats spicy

Hmmmm what else can we agree on?

You're trying to stretch it to a triple huh? That's bold this early in the game

My dads a baseball coach, I was raised to always score at least a triple

And oh dont worry, we wont reach home plate on day 1. Need more time for roasts/ sarcasm/picking your brain before that

Message

7:50

**baueroutage**

plate on day 1 I need more time for feasts/
cut cash/milking your bichon before that

If a triple is your baseline I might have to
add you to the team. That seems pretty
valuable.

Put me in Coach

ill even drop kick Carlos Correa on my way
to third for you

Well, all that's left is the official tryout!

Easy.

Tryouts dont scare me Bauer

Bring it





LTE
baueroutage
Easy
I'm willing and able whenever you're ready
Pick a day and I am there
No problem driving to LA huh?!
Oh I am a pro at that drive
Love me some LA
Well, tryouts as soon as we get back home on Tuesday

9:04

ıll LTE

‹ baueroutage ✓

Pick a

No problem driving to LA huh?!

Oh I am a

Well, tryouts as soon as we get
on Tuesday

Taco Tuesday, great choice

Sounds like a plan to me!

The one thing I will not be able to do on
this adventure is eat a dodger dog (he

Well it would be late Tuesday night so...

If you wanted a dodger dog it would have
to be Thursday lol

Oh no like I actually hate dodger dogs
thats my stan's statement when I set foot
in LA hehe

And oooo yes im down for tuesday or
wednesday whateva works. Do you pitch
next home series then?!

Message

🔘      🎤  🖼  ➕

# EXHIBIT

—————————

**EXHIBIT 2**



EXHIBIT

_____

**EXHIBIT 3**



**10:14**  LTE

< baueroutage

Ol, tell me your fav conspiracy theory

Best place to start  Tells me a lot about em

Oh well, simulation theory. You in or out on that?

I was literally just watching tik toks on simulation theory today, I think its more than possible

Most days I am like how could we not be

Whats your verdict?

I think it's the most probable thing

I also think "god" is a higher dimensional species.

I think our species, if we survive long enough, will become a truly 4 dimensional species, which will allow us to become the god species for another lower dimensional species that we watch over and study

Aliens definitely have visited earth and probably are still here.

Not completely against the idea that they helped build the pyramids.

Message



1:35                                      ‖ LTE ▪

‹  🐝 **baueroutage** ✓        ▢  🏳  ⓘ

🐝  remember? Lol

Hushhhhhh that was back in the day!

Only time I will ever root for the rodgers now is when you are out there rifting

Haha back in the day!!

🐝  Funny

Luv ur sarcasm. Bite me

🐝  Where

Was a metaphor but in this case,

Neck pls

📷  Message...                    🎤  🖼  ➕





9:26

**baueroutage** ⊘

378K followers · 556 posts
You've followed this Instagram account since 2021
You both follow dodgers

**View Profile**

9.09 PM

Analyze me please lol

Only be you said please, I will 😊 need more info to analyze.

Super interesting process that goes on with emotional reactivity and how we respond when we get emotionally hooked.

Emotional hook (trigger button pushed) 🔘 our brain starts chemically rewarding us for making up stories (based on our core narratives about who we are that developed at an early age) to defend ourselves.

So when you identify not only your triggers, but the core narratives about yourself that create the story - you nip the story in the butt and don't react as aggressively.

Takes work to re wire your brain and change your core narratives, but its the key to telling your brain to shut da hell up and not lose your shit

Seen

Message



9:36

‹  baueroutage ⊘

ourselves.

So when you identify not entoworin triggers, but the core narratives about yourself that create the story + you rip the story in the butt and don't react as aggressively.

Takes work to re-wire your brain and change your core narratives, but its the key to telling your brain to shut de hell up and not lose your shit

So much to type omfg wish this was in person lol ok but for example when you were getting bullied when you were young how did your parents react/support you in it?

They got mad for me and tried to support me through it. Said it was going to be alright and to look towards the future

DING DING DING we have a winner

Ok, now I can do full analysis

Your Inner child makes sense to me now

Reporting for duty to analyze and rock your world for new mental clarity

Oooo yes fuck me up

Message



11:56

**baueroutage** ✇

### baueroutage ✓

Trevor Bauer (トレバー・バウアー) - Instagram
393K followers · 564 posts
You've followed this Instagram account since 2021
You both follow dodgers

**View Profile**

WWW = 5:18 PM

Haha not the longest I've received by any
means. And just to clarify, my parents
weren't mad at me, they were mad that I
was being bullied and protective of me.
Especially my mom. And supportive in
telling me to just keep going and it would
get better

> Ahhhh yes yes. You are such a huge
> clarification guy. I realized when I read that
> a second time. Read & typed that all on my
> sleep meds, give me a gold star. But still,
> sometimes the "look ahead stay positive"
> can be no bueno when you are young. My
> dad said that to me every day tno bueno
>
> But I'm glad you had supportive parents.
> That explains your sweet/sensitive side.
> Which don't worry haven't told anyone you
> are empathetic and cute, don't worry. Cant
> ruin your twitter image

Yeah keep that shit under wraps wouldnt
want people to think I'm actually a good
person

Message..



9:26

< baueroutage ✓

378K followers · 556 posts
You've followed this Instagram account since 2021
You both follow dodgers

View Profile

4:08 PM

Analyze me please lol

Only be you said please, I will 😊 need more info to analyze

Super interesting process that goes on with emotional reactivity and how we respond when we get emotionally hooked.

Emotional hook (trigger button pushed) our brain starts chemically rewarding us for making up stories (based on our core narratives about who we are that developed at an early age) to defend ourselves.

So when you identify not only your triggers, but the core narratives about yourself that create the story – you rip the story in the butt and don't react as aggressively.

Takes work to re wire your brain and change your core narratives, but its the key to telling your brain to shut da hell up and not lose your shit.

Seen

Message...





9:36

baueroutage

ourselves.

So when you identify not only your triggers, but the core narratives about yourself that create the story - you nip the story in the butt and don't react as aggressively.

Takes work to re wire your brain and change your core narratives, but its the key to telling your brain to shut da hell up and not lose your shit

So much to type omfg wish this was in person lol ok but for example when you were getting bullied when you were young, how did your parents react/support you in it?

They got mad for me and tried to support me through it. Said it was going to be alright and to look towards the future

DING DING DING we have a winner

Ok, now I can do full analysis

Your inner child makes sense to me now

Reporting for duty to analyze and rock your world for new mental clarity

Oooo yes fuck me up

Message

**11:56**

‹ **baueroutage** ☑

**baueroutage** ☑
Trevor Bauer (トレバー・バウアー) · Instagram
393K followers · 564 posts
You've followed this Instagram account since 2021
You both follow dodgers

View Profile

MAY 4, 9:28 PM

Haha not the longest I've received by any
means. And just to clarify, my parents
weren't mad at me, they were mad that I
was being bullied and protective of me.
Especially my mom. And supportive in
telling me to just keep going and it would
get better

Ahhhh yes yes. You are such a huge
clarification guy. I realized when I read that
a second time. Read & typed that all on my
sleep meds, give me a gold star. But still
sometimes the "look ahead stay positive"
can be no bueno when you are young. My
dad said that to me every day too lmaooo

But I'm glad you had supportive parents.
That explains your sweet/sensitive side.
Which don't worry haven't told anyone you
are empathetic and cute, don't worry. Cant
ruin your twitter image

Yeah keep that shit under wraps wouldnt
want people to think I'm actually a good
person

Message...



9:26

< 🦡 baueroutage ☑   ☐ ⚑ ⓘ

376K followers · 558 posts
You've followed this Instagram account since 202?
You both follow dodgers

**View Profile**

9:09 PM

Analyze me please lol

Only bc you said please, I will 😊 need
more info to analyze.

Super interesting process that goes on
with emotional reactivity and how we
respond when we get emotionally hooked.

Emotional hook (trigger button pushed) 😄
our brain starts chemically rewarding us
for making up stories (based on our core
narratives about who we are that
developed at an early age) to defend
ourselves.

So when you identify not only your
triggers, but the core narratives about
yourself that create the story - you nip the
story in the butt and don't react as
aggressively.

Takes work to re-wire your brain and
change your core narratives, but its the
key to telling your brain to shut da hell up
and not lose your shit

Sent

Message...   🎤 🖼 ➕





11:56
baueroutage
Ahhhh yes yes. You are such a huge clarification guy. I realized when I read that a second time. Read & typed that all on my sleep meds, give me a gold star lol still, sometimes the "look ahead stay positive" can be no bueno when you are young. My dad said that to me every day too lmaoooo
But I'm glad you had supportive parents. That explains your sweet/sensitive side. Which don't worry haven't told anyone you are empathetic and cute, don't worry. Cant ruin your twitter image
Yeah keep that shit under wraps wouldnt want people to think I'm actually a good person
Honored to get to see the real TB
Everyone does/Not many do
Does that make any sense? Haha
In my brain it does hahaha
You reveal what you want to who you want
Cannot even imagine living under such a microscope like you do my god
MAY 8, 1:18 AM
Message...

11:56

**baueroutage**

MAY 8 1:19 AM

Thought about you tonight. Figured I'd
check in and see how you're doin

MAY 8, 12:51 AM

TB: I think of you often. I'm actually super
good, our new business for the recovery
house just opened and the property is
unreal. Living my dream out for real. But
other than that, still just trying to figure out
the Universe and my existence 24/7 you
know how it goes. & Turning 27 on Monday
FTW

But more importantly how are you? How's
your heart & brain?, and what have you
been curious about

MAY 8, 1/03 PM

Hey 27 congrats! got any big plans?!

Happy to hear you're off to a good start
with the new property!

I'm good tho. Over here trying to figure out
how to wake the team up and win some
games cuz damn we freaking suckkkkk
right now

Lols just lucky to be alive! Got 2/9 of my
lives left I think. And im just celebrating
this whole weekend with my peeps.
Sipping on red bull only the whole time

Message...







11:56
baueroutage
FTW
But more importantly how are you ! How's your heart & brain? and what have you been curious about
Hey 27 congrats! got any big plans?!
Happy to hear you're off to a good start with the new property!
I'm good tho. Over here trying to figure out how to wake the team up and win some games cuz damn we freaking suckkkkk right now
Lols just lucky to be alive! Got 2/9 of my lives left I think. And im just celebrating this whole weekend with my peeps. Sipping on red bull only the whole time. Hang with me next week to celebrate?
And oh my god I know I have been keeping up with the doyers what is going on? Offense is brutal. Is it Dave Roberts being rattled or what?
Also feel free to send your answers to 8582186648
Message

# EXHIBIT

**EXHIBIT  4**



EXHIBIT

_____

**EXHIBIT 5**









# CONFIDENTIAL

# Exhibit

# 6

AFTER VISIT SUMMARY

 **Alvarado Hospital Medical Center**

Lindsey Hill  MRN: ████████

📅 5/17/2021   📍 AH Emergency Room 619-229-3130

## Instructions

 **Follow up with AH Emergency Room**
Specialty: Emergency Medicine
Contact: 6655 Alvarado Road
San Diego California 92120-5208
619-229-3130

 **Schedule an appointment with No PCP, MD as soon as possible for a visit**

## Today's Visit

Providers who cared for you today: Brigitte B Korkuch, PA

**Reason for Visit**
• Facial Pain
• Rectal Pain

**Diagnoses**
• Acute head injury
• Assault by manual strangulation

**♨ Lab Tests Completed**
BMP
POCT pregnancy, urine
POCT urinalysis dipstick
URINALYSIS, MICROSCOPIC ONLY
Urinalysis

**♨ Lab Tests in Progress**
CULTURE URINE

**🧪 Imaging Tests**
CT Angiogram Neck W Contrast
CT Head without Contrast
CT Maxillofacial Bones without Contrast

**⚕ Medications Given**
ibuprofen (ADVIL,MOTRIN) Last given at 10:27 PM
iohexol (OMNIPAQUE) Last given at 9:06 PM
sodium chloride 0.9% (NORMAL SALINE) Stopped at 8:53 PM

Hill, Lindsey ████████████████████

# CT Head without Contrast

Status: Final result

## PACS Images

⚲ Show images for CT Head without Contrast

## Study Result

EXAM:
CT Head Without Intravenous Contrast

CLINICAL HISTORY:

Head trauma, repeat vomiting

TECHNIQUE:
Axial computed tomography images of the head/brain without intravenous contrast. CTDI is 70.55 mGy and DLP is 1443 mGy-cm. Numerous low-radiation dose strategies were employed including AEC (Automatic Exposure Control), individualized BMI-based low dose scan protocols and the exam was performed on a CT scanner that is compliant with the NEMA XR-29 Smart Dose Standard. DICOM Radiation Dose Structured Reporting capability and Dose Check Standard are also features of this scanner.

COMPARISON:
No relevant prior studies available.

FINDINGS:
Brain: No acute intracranial hemorrhage, mass effect or evidence of intracranial edema.
Ventricles: Unremarkable.
Bones/joints: Unremarkable. No acute fracture.
Soft tissues: Unremarkable.
Sinuses: Unremarkable as visualized.
Mastoid air cells: No mastoid effusion.
Orbits: Symmetric.

IMPRESSION

No acute intracranial process.

Electronically signed by Harshawn Malhi, M.D. on 05-17-21 at 2159

StatRad Exam Id 6654059

## Imaging

CT Head without Contrast (Order: 223599510) - 5/17/2021

## Result History

CT Head without Contrast (Order #223599510) on 5/17/2021 - Order Result History Report

## Link to IMG Procedure Log

IMG Procedure Log

## Orders Requiring a Screening Form

Hill, Lindsey ████████████ inted by [124810] at 5/17/21 11:21 PM

Hill, Lindsey ████████████████

| Procedure | Order Status | Form Status |
|---|---|---|
| ✏ CT Head without Contrast | Completed | Created |

## Signed by

| Signed | Date/Time | Phone | Pager |
|---|---|---|---|
| MALHI, HARSHAWN | 5/17/2021 21:59 | 858-546-3800 | |

## Exam Information

| Status | Exam Begun | Exam Ended |
|---|---|---|
| Final [99] | 5/17/2021  20:22 | 5/17/2021  20:59 |

## IMG Transfer Details

Transfer Details:
Please
answer the
below
questions
about the
transfer.:

## External Result Report

External Result Report

🕿 **Encounter**

View Encounter

## End Exam Questions

| | Answer | Comment |
|---|---|---|
| # of repeat films | | |
| Reason for repeat films? | | |
| CTDI: | 70.55 | |
| DLP: | 1443 | |
| Did you shield the patient | | |
| How was the patient shielded during exam? | | |
| Isotope expiration date? | | |
| Isotope lot #? | / | |
| Was procedure discontinued? | | |
| Procedure was discontinued | | |
| Reason procedure was discontinued | | |

## Order Requisition

CT Head without Contrast (Order #223599510) on 5/17/21

## Decision Support

| Appropriateness Score | Ordering Provider |
|---|---|
| 9 - Indicated | Brigitte B Korkuch, PA |

Hill, Lindsey ███████████  Printed by [124810] at 5/17/21 11:21 PM

Hill, Lindsey ███████████████

| Session ID | Source | CDSM Identifier | Adherence |
|---|---|---|---|
| 183411973 | Web Service | National Decision Support Company CareSelect (G1004) | Yes (ME) |

| Date Time Consulted | Exception | Comment |
|---|---|---|
| 05/17/21 19:20:50 | | |

**Reason for Exam**                                                    Priority: STAT

Head trauma, repeat vomiting (Age 19-64y)
Comments:

Hill, Lindsey ███████████ Printed by [124810] at 5/17/21 11:21 PM

Name:Hill, Lindsey ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                    Page 3 of 7

**Albumin, Urine POC**

Specimen Collected: 05/17/21 19:13              Last Resulted: 05/17/21 19:20

▦ ✎ Lab Flowsheet   ▤ Order Details   ⚗ View Encounter   ⚗ Lab and Collection Details   ⊐ Routing
                                                                        ↻ Result History

⚗ **POCT pregnancy, urine**                                          Order: 223599499
Status: Final result   Visible to patient: No (not released)  Next appt: None

| | Ref Range & Units | 5/17/21 1912 |
|---|---|---|
| **Preg Test, Ur** | Negative, Borderline | Negative |

Specimen Collected: 05/17/21 19:12              Last Resulted: 05/17/21 19:20

▦ ✎ Lab Flowsheet   ▤ Order Details   ⚗ View Encounter   ⚗ Lab and Collection Details   ⊐ Routing
                                                                        ↻ Result History

## Lab Information

Lab
AH CLINICAL LABORATORY

## ED Provider Notes

| Author | Status | Last Editor | Updated | Created |
|---|---|---|---|---|
| Brigitte B Korkuch, PA | Cosign Needed | Brigitte B Korkuch, PA | 5/17/2021  9:37 PM | 5/17/2021  7:08 PM |

**Emergency Department Provider Note. Enc: 5/17/2021  6:51 PM**
Lindsey Hill MRN ▮▮▮▮▮▮ Acct# 726000130639 AH EMERGENCY ROOM

▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒  HPI  ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒

**Chief Complaint:** Facial Pain (pt had rough sex 2 days ago, and was chocked out for 30 mins. pt states vision changes (OD 20/13  OS 20/20)  bilateral zygoma pain, right cheek pain. buttock bruising.  pt doesnt want to fill charges.  ) and Rectal Pain

Lindsey Hill is a 27 y.o. female who presents to the ED after she was physically assaulted while having intercourse with a man two days ago. The patient tells me that he became violent and started choking her. She tells me that she passed out for what she believes was about 30 minutes. She now has pain over her cheeks and in her jaw. She has a headache and vomited twice today. She also has pain behind her left ear. Current pain 6/10. She took ibuprofen 400 mg mid day today, with mild improvement. Patient does not want to file police incident report. Patient has a history of alcoholism, and has been sober for 18 months.

▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒REVIEW OF SYSTEMS▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒

Please refer to HPI, remainder of 10 systems reviewed are negative.

▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒PMHL▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒

Name:Hill, Lindsey ███████████████ Gender:1                    Page 4 of 7

**PMH:**
**Past Medical History:**
Diagnosis                                                        Date
  • Alcoholic (CMS/HCC)

History reviewed. No pertinent surgical history.

**Previous Medications**
                                          Take 10 mg by mouth
                                          daily

                                          Take 600 mg by mouth 2
                                          (two) times a day

                                          Take 50 mg by mouth
                                          nightly

**Social:**
**Social History**

Tobacco Use
  • Smoking status:          Current Every Day Smoker
  • Smokeless tobacco:       Never Used
Substance Use Topics
  • Alcohol use:             Not Currently
  • Drug use:                Not Currently

**Family:** History reviewed. No pertinent family history.
**Allergies:** She has No Known Allergies.

**PHYSICAL EXAMINATION**

**Vital signs:**Temp: 99.4 °F (37.4 °C) Heart Rate: 78 Resp: 18 BP: 126/86 SpO2: 100 %
Gen: Patient is in NAD, WDWN, responsive.
HEENT: No palpable skull depressions or cephalohematomas. There is bilateral infraorbital
ecchymoses, as well as left perioral ecchymoses. +TTP bilateral zygoma, more prominent on
the left. +TTP left side of mandible. No battles sign. PERRL. EOMI. Nares clear, no nasal septal
hematoma. Normal oropharynx. No malocclusion. MMM.
Neck: No midline TTP or stepoffs, no swelling, trachea midline.
Lungs: Equal breath sounds bilaterally. No increased work of breathing.
Chest: Normal heart sounds. No chest wall TTP. No crepitus.
Abdomen: Soft. Nontender. Nondistended. No peritoneal signs. No palpable masses.
Back: No midline spinal tenderness or stepoffs. No flank tenderness.
Extr: Well perfused, distal pulses intact. No deformity, swelling, or TTP. Full AROM in bilat UE
and LE.
Skin: Warm, dry. Facial ecchymoses as above. There is also ecchymoses over the buttocks
and the mons pubis and labia.
Neurologic: GCS 15. Follows commands. Normal speech. No focal motor or sensory deficits.
Normal gait.

**Data**
**Lab results:**

Labs Reviewed

Name:Hill, Lindsey ▓▓▓▓▓▓▓▓▓   Gender:1

| | |
|---|---|
| BUN | 11.8 |
| Creatinine | 0.9 |
| Glucose | 94 |
| Calcium | 9.1 |
| GLOMERULAR FILTRATION RATE | >60.0 |
| Anion Gap | 10.1 |

**Imaging results as read by Radiology:**

Ct Angiogram Neck W Contrast

Result Date: 5/17/2021
Unremarkable neck CT angiogram.  Electronically signed by Harshawn Malhi, M.D. on 05-17-21 at 2131  StatRad Exam Id 6653977

Labs & imaging studies/reports reviewed independently by me.
Interpretation of Results:
- Chemistry shows no acute renal dysfunction; no significant derangement of electrolytes or glucose.
- Urinalysis shows UTI, culture pending.
- CTA neck unremarkable.
- CT maxillofacial and CT head pending.
- EKG without acute ischemia or dysrhythmia.

**COURSE/MEDICAL DECISION MAKING:**
**Course:**
Lindsey Hill presented to the Emergency Department by walk-in for evaluation.  I reviewed the nursing notes.

This is a 27-year-old male who presented to the ED after a physical assault that occurred 2 days prior to my examination.  Patient was alert and appropriately oriented with a nonfocal logic examination.  She appears to have sustained significant head and facial trauma, and reports a strangulation injury and loss of consciousness.

Patient presents for evaluation after suffering a minor blunt head trauma.  I considered high-risk diagnoses such as intracranial hemorrhage, spinal cord injury, acute fracture/dislocation and/or concussion.

Patient is well appearing and neurologically intact with GCS of 15

Severe headache
Vomiting x 2 or more
Signs of basilar skull fx (raccoon eyes, Battle's sign)

A Head CT was ordered based on positive indicators as stated above.  These results, in addition to CT maxillofacial for evaluation of facial fractures, are currently pending.  CT of the neck was obtained secondary to strangulation injury, and showed no acute vascular injury.  Urinalysis shows findings consistent with urinary tract infection and patient will require antibiotics. I will transfer further care of this patient to the attending.

Hill, Lindsey ▓▓▓▓▓▓▓▓   Printed by Asal Khosroabadi, LCSW [127075] at 5/17/2... Page 6 of 7

Name:Hill, Lindsey ██████████████ █1                          Page 7 of 7

**DISPOSITION**

Final diagnoses:
**Acute head injury**
**Assault by manual strangulation**

**New Prescriptions**
No medications on file

No follow-up provider specified.

*Portions of this chart may have been created with Dragon voice recognition software. Occasional wrong-word or "sound-alike" substitutions may have occurred due to the inherent limitations of voice recognition software. Please read the chart carefully and recognize, using context, where these substitutions have occurred.*

Brigitte B Korkuch, PA
05/17/21 2137

**Print Lab Component**
BMP (Order #223599514) on 5/17/21

**Lab Component SmartPhrase Guide**
BMP (Order #223599514) on 5/17/21

## Additional Information

| Specimen ID | | Bill Type | | Client ID | |
| --- | --- | --- | --- | --- | --- |
| 21AH137-C147 | | | | | |

| Specimen Date Taken | Specimen Time Taken | Specimen Received Date | Specimen Received Time | Result Date | Result Time |
| --- | --- | --- | --- | --- | --- |
| May 17, 2021 | 7:36 PM | May 17, 2021 | 7:39 PM | May 17, 2021 | 8:13 PM |

EXHIBIT

**EXHIBIT 7**



# EXHIBIT

_____

**EXHIBIT  8**



# EXHIBIT

**EXHIBIT  9**



8:48

Trevor

They said the bruises/swelling on my face
& jaw will be gone in about 1 week and
then for the head symptoms im not sure
probably a week ish too. its better it just
makes me wanna sleep a lot lol

I just want it all to go away

I feel so bad that this happened. Wish I
could be there with you through it

Today 4:39 PM

Just grateful that you are showing that you
care

Delivered

I do. I absolutely do. Never want to see you
hurting ❤️ ❤️

Q W E R T Y U I O P

A S D F G H J K L

Z X C V B N M

123   space   return



# EXHIBIT

**EXHIBIT 10**



9:35

**Voicemail**

phone

+1 [redacted]                6/9/21
unknown                      00:29

**Trevor Bauer**
phone
May 17, 2021 at 11:18 PM

0:00                         −0:14

▶

**Transcription Beta**
"Hey just wanted to check in and see how you're doing
um obviously I'm worried about you so if you give me a
text or call back whenever you have a chance I just like
to talk to ___ _____ let me know bye..."

Was this transcription useful or not useful?

**Marylou**                  4/25/21
phone                        01:14

+1 [redacted]                4/23/21
San Diego, CA                00:37

**Lisa** [redacted]          4/21/21
home                         00:45

+1 [redacted]                4/9/21
Strawberry, AR               00:44

+1 [redacted]                4/8/21
Bell City, LA                00:44

+1 [redacted]                4/7/21
United States                00:44

★          🕐          👤          ⠿          📟
                                            Voicemail

EXHIBIT

_____

**EXHIBIT 11**



12:06

Trevor >

iMessage
Today 11:57 AM

Hey you. Hoping you slept well and are
feeling better. I know you said you'd been
staying home and haven't been able to do
much. Was wondering if it would be helpful
if I sent you some stuff? Like groceries or
desserts or something? Just trying to think
of ways I can help

# CONFIDENTIAL

# Exhibit

# 12

WELLMAN HEALTH
Forensic Health Services

# Forensic Health Services
## 121 N. Fig Street, Escondido, CA 92025, (760)739-2150

### SART AFTER CARE INSTRUCTIONS

A Sexual Assault Nurse Examiner has examined you.

Forensic specimens were collected and submitted to law enforcement.

Please contact the assigned detective if you have any questions about these tests or about the investigation.

Case # 21033224 _____    Detective ON Morales

## Medications Given Today
- [ ] Name _____ Reason _____
- [ ] Rocephin 250mgs intramuscular injection                    Site _____ Time _____
- [x] Azithromycin 1 gm oral Time/dose
- [x] Levonorgestrel 1.5 mg po Time here        [ ] Ulipristal one tab po Time: _____
- [ ] Truvada 300/200 mg PO, Raltegravir 400 mg PO Time: _____
- [ ] Ondansetron 4mg ODT Time: _____

- [ ] nPEP Starter Pack Time:
  Truvada 300/200 mg 1 tab PO Daily (3 tabs) Raltegravir 400 mg PO BID (6 tabs)
  Ondansetron 4mg 1 tab ODT PRN Daily (6 tabs) _____

### Testing
  [ ] nPEP Education Provided, Declined if this time may adsorb meds until _____

- Pregnancy urine test results  Negative

- Specimens collected for medical testing  No

  o  You will be notified of abnormal results. For Questions call 760-739-2150

## Helpful Information

- Warm soaks for soreness in genital area.  Do not use harsh soaps when washing the genital area.
- Drink lots of fluids. Cranberry juice and water are excellent.
- Wear loose clothing; cotton underwear to allow for good air circulation to genital areas.
- If menstruating, use peri-pad not tampons.
- Soreness and bruising. These may get worse over the next couple of days. If you notice any new bruising, please call the SART office.
- Any fever/increase of pain or any concerns, please contact your primary medical doctor.
- Call 911 for any medical emergencies.

Hill                            Lindsey                            05/18/1994

SART AFTERCARE ORDINANCE INSTRUCTIONS  RV2017        05/18/2021



Name: Lindsey C Hill |

## Progress Notes

Varinthrej Pitis, MD at 06/03/21 1530


### Scripps

**Scripps Clinic Carmel Valley**
3811 Valley Centre Drive
San Diego, CA 92130

Name: Lindsey C Hill
DOB:
MRN:
DOS:

<u>A/P:</u>
Lindsey is a 27 y.o. female with recent head trauma c/b LOC 2/2 physical assault in 05/2021,
anxiety/depression, h/o alcohol abusing habit (now sober for since 12/2019), and h/o suicidal
attempt via tylenol OD, who presents for an office visit for UC/ED f/u. PCP Varinthrej Pitis, MD.
Last seen by me via in-office visit on 01/28/2020.

<u>Visit Diagnosis(es)</u>
**Confirmed victim of physical abuse in adulthood, subsequent encounter (Primary)**
  <u>Overview:</u>
    Per patient: same perpetrator, initial assault in 04/2021 w/ strangulation during sex and 2nd
    incident on 05/16/2021 w/ head and body trauma from closed-fist punches resulting in
    concussion w/ LOC and extensive bruising. Police report filed and case is being built.
    Perpetrator is a well-known baseball athlete.

  <u>Assessment & Plan:</u>
    Repeat STD screen.
    Emotional support offered.

  <u>Orders:</u>
  -   MRI brain without contrast; Future; Expected date: 06/03/2021
  -   MRI face without contrast; Future; Expected date: 06/03/2021
  -   CBC with Differential order; Future; Expected date: 06/03/2021
  -   Comprehensive metabolic panel; Future; Expected date: 06/03/2021
  -   Herpes simplex virus antibody, IgG 1 & 2; Future; Expected date: 06/03/2021

**Head injury with loss of consciousness (CMS/HCC)**
  <u>Overview:</u>
    Assault incident on 05/16/2021. P/w "severe headache, vomiting x2 or more, signs of
    basilar skull fx (racoon eyes, battle's sign" per ED note on 05/17/2021 on CareEverywhere.

CT brain w/o acute fracture or intracranial bleed; CT angio neck w/o dissection; CT maxillofacial w/o Fx (05/17/2021). Residual Sx: HA, dizziness, tinnitus, photophobia, sleepiness, and L jaw pain.

Assessment & Plan:
Exam w/o focal neurological finding. AOx3 w/ normal articulation.
Educate on clinical expectation after concussion w/ LOC.
Follow up MRI as ordered
Neurology referral placed.

Orders:
- MRI brain without contrast; Future; Expected date: 06/03/2021
- Ambulatory referral to Neurology; Future; Expected date: 06/03/2021

**Jaw pain, non-TMJ**
Overview:
Painful w/ mastication and opening mouth. No loose tooth. Suspected residual healing contusion but will r/o undetected Fx on CT

Assessment & Plan:
MRI as ordered
Recommend evaluation by dentist +/- dental x-ray

Orders:
- MRI face without contrast; Future; Expected date: 06/03/2021

**Recurrent major depressive disorder, in partial remission (CMS/HCC)**
Overview:
Active c/b anxiety and PTSD 2/2 acute life changing event as victim of physical abuse. Sx: insomnia, increased anxiety, daytime somnolence, decreased appetite. No SI/HI. Currently on LOA until 07/31/2021 by outside provider. Mood previously well controlled. Compliant w/ Lexapro 10daiy and Trazodone 50qHS. Inbetween mental health provider.

Assessment & Plan:
Psychological condition is worsening.
Continue current treatment regimen. and to establish care w/ new mental health providers, both psychiatrist and psychotherapist.
Psychological condition will be reassessed in 4 weeks.
Agree w/ LOA from work for 3 months
Has good psychosocial support.
Aware that she needs trauma specialist.
Low risk of self- and others-harm

Information below provided:
Scripps Behavioral Health Inpatient: 619-260-7005
Scripps EAP: 858-626-7450
Scripps Behavioral Health Intranet:
Scrippshealth.sharepoint.com/sites/ScrippsConnect/SitePages/Behavioral-Health-Resources.aspx

The best way to find a psychiatrist (that is covered by your insurance) is as follows.

**Psychiatrists:**
Dr. Anoop Karippot at 10755 Scripps Poway Pkwy Ste 455, San Diego, CA, 92131 Tel.858-

Simple cyst on thyroid u/s (07/2018). No additional work up recommended.

**Preventative health care**
- CBC with Differential order; Future; Expected date: 06/03/2021
- Comprehensive metabolic panel; Future; Expected date: 06/03/2021
- Hemoglobin A1c; Future; Expected date: 06/03/2021
- Lipid Panel w/reflex to Direct LDL if indicated; Future; Expected date: 06/03/2021
- Thyroid stimulating hormone; Future; Expected date: 06/03/2021
- Vitamin D 25 hydroxy; Future; Expected date: 06/03/2021
- Urinalysis with Microscopic Culture if Indicated; Future; Expected date: 06/03/2021

Follow up instruction
In 4 weeks

The primary encounter diagnosis was Confirmed victim of physical abuse in adulthood, subsequent encounter. Diagnoses of Head injury with loss of consciousness (CMS/HCC), Jaw pain, non-TMJ, Recurrent major depressive disorder, in partial remission (CMS/HCC), Screening for STDs (sexually transmitted diseases), History of alcohol abuse, History of suicide attempt, Thyroid cyst, and Preventative health care were also pertinent to this visit.

**S:**
HPI

Medical record from Alvarado Hospital Medical Center reviewed in detail.

05/16/2021
- s/p physically abused w/ LOC during sex, unable to recall well
- closed fist punch on cheek bone and jaw and groin
- went to ED at Alvarado Hospital Medical Center on 05/17/2021: CT brain w/o acute fracture and bleed; CT angiogram; CT maxillofacial
Per ED note "severe headache, vomiting x2 or more, signs of basilar skull fx (racoon eyes, battle's sign"
- the guy is an athlete; 1st time in 04/2021

Still has pain on right jaw, unable to open mouth

# PTSD
- poor sleep 2/2 anxiety, nap during the day.
- unable to eat, poor appetite
- taking lexapro
- LOA from work right now

Staying sober x1 year on 06/02/2021

Review of Systems - see HPI

**Patient Active Problem List**
Diagnosis
- Recurrent major depressive disorder, in partial remission (CMS/HCC)
- History of alcohol abuse
- Chronic midline back pain

Appearance: Normal appearance. She is well-developed, well-groomed and normal weight. She is not ill-appearing, toxic-appearing or diaphoretic.

HENT:

Head: Normocephalic.

Jaw: Tenderness present.



R | L

Comments: **Tender over area circled. Faint residual bruising under L eyelid**

Right Ear: Tympanic membrane, ear canal and external ear normal.

Left Ear: Tympanic membrane, ear canal and external ear normal.

Nose: Nose normal.

Mouth/Throat:

Lips: Pink.

Mouth: Mucous membranes are moist.

Dentition: No dental tenderness.

Comments: **No loose tooth**

Eyes:

General: Lids are normal. No scleral icterus.

Extraocular Movements: Extraocular movements intact.

Conjunctiva/sclera: Conjunctivae normal.

Neck:

Thyroid: No thyroid mass or thyromegaly.

Cardiovascular:

Rate and Rhythm: Normal rate and regular rhythm.

Heart sounds: Normal heart sounds.

Pulmonary:

Effort: Pulmonary effort is normal.

Breath sounds: Normal breath sounds and air entry.

Musculoskeletal:

Cervical back: Full passive range of motion without pain, normal range of motion and neck supple.

Neurological:

Mental Status: She is alert.

Psychiatric:

Attention and Perception: Attention normal.

Mood and Affect: Mood is anxious.

Speech: Speech normal.

Behavior: Behavior is not agitated, slowed, aggressive, withdrawn, hyperactive or combative. Behavior is cooperative.
Thought Content: Thought content normal. Thought content is not paranoid or delusional. Thought content does not include homicidal or suicidal ideation. Thought content does not include homicidal or suicidal plan.
Judgment: Judgment normal.
Comments: **Appropriate affect and behavior considering the event patient just underwent**

Total Time Spent on Patient Care (Face to Face & Non Face to Face): 55 min

(Includes preparing to see the patient, obtaining and/or reviewing separately obtained history, performing a medically appropriate examination and/or evaluation, counseling and educating the patient /family/caregiver, ordering medications, tests, or procedures, referring and communicating with other health care professionals, documenting clinical information in the electronic record, independently interpreting results and communicating results to the patient/family/caregiver, and care coordination)

I have an ongoing, continuous relationship with this patient. I am managing some or all of the patient's conditions across a spectrum of diagnoses and organ systems and serve as focal point of care for the patient's overall health needs with consistency and continuity over time. This includes expected oversight, communication, and active monitoring outside of office visits.

This is encounter-based documentation as allowed by CMS changes for 2020 and later. Documentation in the electronic record is not repeated in the note, but has been reviewed as indicated in the record. Vitals, Chief Complaint, Allergies, Medications, Review of Systems, Family, Social, Medical, and Surgical history, Labs, Results, Studies, Flowsheets, Outside Records, Patient originated data reviewed and updated in the encounter as needed. All the above is to be included for any coding purposes.

During the visit, the patient attested verbally that they were physically in the state of California. This visit was performed using interactive audio and visual telecommunications system.

Varinthrej Pitis, MD
Division of Internal Medicine
Scripps Clinic Carmel Valley

## Patient Instructions

Varinthrej Pitis, MD at 06/03/21 1530
Scripps Behavioral Health Inpatient: 619-260-7005
Scripps EAP: 858-626-7450
Scripps Behavioral Health Intranet:
Scrippshealth.sharepoint.com/sites/ScrippsConnect/SitePages/Behavioral-Health-Resources.aspx

AFTER VISIT SUMMARY

 **Alvarado Hospital Medical Center**

Lindsey Hill   MR

📅 5/17/2021   📍 AH Emergency Room 619-229-3130

## Instructions

📠 **Follow up with AH Emergency Room**
Specialty: Emergency Medicine
Contact: 6655 Alvarado Road
San Diego California 92120-5208
619-229-3130

📠 **Schedule an appointment with No PCP, MD as soon as possible for a visit**

## Today's Visit

Providers who cared for you today: Brigitte B Korkuch, PA

**Reason for Visit**

• Facial Pain
• Rectal Pain
**Diagnoses**
• Acute head injury
• Assault by manual strangulation

 **Lab Tests Completed**
BMP
POCT pregnancy, urine
POCT urinalysis dipstick
URINALYSIS, MICROSCOPIC ONLY
Urinalysis

**Lab Tests in Progress**
CULTURE URINE

**Imaging Tests**
CT Angiogram Neck W Contrast
CT Head without Contrast
CT Maxillofacial Bones without Contrast

**Medications Given**
ibuprofen (ADVIL,MOTRIN) Last given at 10:27 PM
iohexol (OMNIPAQUE) Last given at 9:06 PM
sodium chloride 0.9% (NORMAL SALINE) Stopped at 8:53 PM

Hill, Lindsey (███████████) ████████

# CT Head without Contrast

Status: Final result

## PACS Images

⌐ Show images for CT Head without Contrast

## Study Result

EXAM:
CT Head Without Intravenous Contrast

CLINICAL HISTORY:

Head trauma, repeat vomiting

TECHNIQUE:
Axial computed tomography images of the head/brain without intravenous contrast. CTDI is 70.55 mGy and DLP is 1443 mGy-cm. Numerous low-radiation dose strategies were employed including AEC (Automatic Exposure Control), individualized BMI-based low dose scan protocols and the exam was performed on a CT scanner that is compliant with the NEMA XR-29 Smart Dose Standard. DICOM Radiation Dose Structured Reporting capability and Dose Check Standard are also features of this scanner.

COMPARISON:
No relevant prior studies available.

FINDINGS:
Brain: No acute intracranial hemorrhage, mass effect or evidence of intracranial edema.
Ventricles: Unremarkable.
Bones/joints: Unremarkable. No acute fracture.
Soft tissues: Unremarkable.
Sinuses: Unremarkable as visualized.
Mastoid air cells: No mastoid effusion.
Orbits: Symmetric.

IMPRESSION

No acute intracranial process.

Electronically signed by Harshawn Malhi, M.D. on 05-17-21 at 2159

StatRad Exam Id 6654059

## Imaging

CT Head without Contrast (Order: 223599510) - 5/17/2021

## Result History

CT Head without Contrast (Order #223599510) on 5/17/2021 - Order Result History Report

## Link to IMG Procedure Log

IMG Procedure Log

## Orders Requiring a Screening Form

Hill, Lindsey (████████████) Printed by [124810] at 5/17/21 11:21 PM

Hill, Lindsey ▓▓▓▓▓▓▓▓

| Procedure | Order Status | Form Status |
|---|---|---|
| CT Head without Contrast | Completed | Created |

## Signed by

| Signed | Date/Time | Phone | Pager |
|---|---|---|---|
| MALHI, HARSHAWN | 5/17/2021  21:59 | 858-546-3800 | |

## Exam Information

| Status | Exam Begun | Exam Ended |
|---|---|---|
| Final [99] | 5/17/2021   20:22 | 5/17/2021   20:59 |

## IMG Transfer Details

Transfer Details:
Please answer the below questions about the transfer.:

## External Result Report

External Result Report

🔗 **Encounter**

View Encounter

## End Exam Questions

| | Answer | Comment |
|---|---|---|
| # of repeat films | | |
| Reason for repeat films? | | |
| CTDI: | 70.55 | |
| DLP: | 1443 | |
| Did you shield the patient | | |
| How was the patient shielded during exam? | | |
| Isotope expiration date? | | |
| Isotope lot #? | | |
| Was procedure discontinued? | | |
| Procedure was discontinued | | |
| Reason procedure was discontinued | | |

## Order Requisition

CT Head without Contrast (Order #223599510) on 5/17/21

## Decision Support

| Appropriateness Score | Ordering Provider |
|---|---|
| 9 - Indicated | Brigitte B Korkuch, PA |

Hill, Lindsey ▓▓▓▓▓▓▓▓) Printed by [124810] at 5/17/21 11:21 PM



Hill, Lindsey (██████████████)

| Session ID | Source | CDSM Identifier | Adherence |
|---|---|---|---|
| 183411973 | Web Service | National Decision Support Company CareSelect (G1004) | Yes (ME) |

| Date Time Consulted | Exception | Comment |
|---|---|---|
| 05/17/21 19:20:50 | | |

**Reason for Exam**                                                   Priority: STAT

Head trauma, repeat vomiting (Age 19-64y)
Comments:

Name:Hill, Lindsey ⬛⬛⬛⬛⬛94 Gender:1                    Page 3 of 7

Albumin, Urine POC

Specimen Collected: 05/17/21 19:13          Last Resulted: 05/17/21 19:20

⊞ ✦ Lab Flowsheet    ⬙ Order Details    ⤇ View Encounter    ⩜ Lab and Collection Details    ⬚ Routing
                                                                                    ⟳ Result History

🜲 POCT pregnancy, urine                                        Order: 223599499
Status: Final result   Visible to patient: No (not released) Next appt: None

|              | Ref Range & Units      | 5/17/21 1912 |
|--------------|------------------------|--------------|
| Preg Test, Ur | Negative, Borderline  | Negative     |

Specimen Collected: 05/17/21 19:12          Last Resulted: 05/17/21 19:20

⊞ ✦ Lab Flowsheet    ⬙ Order Details    ⤇ View Encounter    ⩜ Lab and Collection Details    ⬚ Routing
                                                                                    ⟳ Result History

## Lab Information

Lab
AH CLINICAL LABORATORY

## ED Provider Notes

| Author | Status | Last Editor | Updated | Created |
|--------|--------|-------------|---------|---------|
| Brigitte B Korkuch, PA | Cosign Needed | Brigitte B Korkuch, PA | 5/17/2021  9:37 PM | 5/17/2021  7:08 PM |

**Emergency Department Provider Note. Enc: 5/17/2021  6:51 PM**
Lindsey Hill MRN: 108684318 Acct# 726000130639 AH EMERGENCY ROOM

▓▓▓▓▓▓▓▓▓▓▓▓ HPI ▓▓▓▓▓▓▓▓▓▓▓▓

**Chief Complaint:** Facial Pain (pt had rough sex 2 days ago, and was chocked out for 30 mins. pt states vision changes (OD 20/13  OS 20/20)  bilateral zygoma pain, right cheek pain. buttock bruising.  pt doesnt want to fill charges.   ) and Rectal Pain

Lindsey Hill is a 27 y.o. female who presents to the ED after she was physically assaulted while having intercourse with a man two days ago. The patient tells me that he became violent and started choking her. She tells me that she passed out for what she believes was about 30 minutes. She now has pain over her cheeks and in her jaw. She has a headache and vomited twice today. She also has pain behind her left ear. Current pain 6/10. She took ibuprofen 400 mg mid day today, with mild improvement. Patient does not want to file police incident report. Patient has a history of alcoholism, and has been sober for 18 months.

▓▓▓▓▓▓▓▓▓▓▓ REVIEW OF SYSTEMS ▓▓▓▓▓▓▓▓▓▓▓

Please refer to HPI, remainder of 10 systems reviewed are negative.

▓▓▓▓▓▓▓▓▓▓▓▓▓ PMH ▓▓▓▓▓▓▓▓▓▓▓▓▓

Name:Hill, Lindsey (⬛⬛⬛⬛⬛) Gender:1                    Page 4 of 7

**PMH:**
**Past Medical History:**
Diagnosis                                                    Date
• Alcoholic (CMS/HCC)

History reviewed. No pertinent surgical history.



Previous Medications
⬛⬛⬛⬛⬛⬛           Take 10 mg by mouth
                              daily

⬛⬛⬛⬛⬛⬛           Take 600 mg by mouth 2
                              (two) times a day

⬛⬛⬛⬛⬛⬛)          Take 50 mg by mouth
                              nightly

**Social:**
**Social History**

Tobacco Use
• Smoking status:          Current Every Day Smoker
• Smokeless tobacco:       Never Used
Substance Use Topics
• Alcohol use:             Not Currently
• Drug use:                Not Currently

**Family:** History reviewed. No pertinent family history.
**Allergies:** She has No Known Allergies.

**PHYSICAL EXAMINATION**

**Vital signs:**Temp: 99.4 °F (37.4 °C) Heart Rate: 78 Resp: 18 BP: 126/86 SpO2: 100 %
Gen: Patient is in NAD, WDWN, responsive.
HEENT: No palpable skull depressions or cephalohematomas. There is bilateral infraorbital
ecchymoses, as well as left perioral ecchymoses. +TTP bilateral zygoma, more prominent on
the left. +TTP left side of mandible. No battles sign. PERRL. EOMI. Nares clear, no nasal septal
hematoma. Normal oropharynx. No malocclusion. MMM.
Neck: No midline TTP or stepoffs, no swelling, trachea midline.
Lungs: Equal breath sounds bilaterally. No increased work of breathing.
Chest: Normal heart sounds. No chest wall TTP. No crepitus.
Abdomen: Soft. Nontender. Nondistended. No peritoneal signs. No palpable masses.
Back: No midline spinal tenderness or stepoffs. No flank tenderness.
Extr: Well perfused, distal pulses intact. No deformity, swelling, or TTP. Full AROM in bilat UE
and LE.
Skin: Warm, dry. Facial ecchymoses as above. There is also ecchymoses over the buttocks
and the mons pubis and labia.
Neurologic: GCS 15. Follows commands. Normal speech. No focal motor or sensory deficits.
Normal gait.

**Data**

**Lab results:**

Labs Reviewed

Hill, Lindsey (⬛⬛⬛⬛⬛⬛nted by Asal Khosroabadi, LCSW [127075] at 5/17/2...  Page 4 of 7

Name:Hill, Lindsey ▮▮▮▮▮▮▮▮▮▮▮▮ er:1

BUN 11.8
Creatinine 0.9
Glucose 94
Calcium 9.1
GLOMERULAR >60.0
FILTRATION RATE
Anion Gap 10.1

Imaging results as read by Radiology:

CT angiogram Neck W Contrast
Result Date: 5/17/2021.
Unremarkable neck CT angiogram. Electronically signed by Harshawn Malhi, M.D. on 05-17-21 at 2131  StatRad Exam Id 6653977

Labs & imaging studies/reports reviewed independently by me.
Interpretation of Results:
- Chemistry shows no acute renal dysfunction; no significant derangement of electrolytes or glucose.
- Urinalysis shows UTI, culture pending.
- CTA neck unremarkable.
- CT maxillofacial and CT head pending.
- EKG without acute ischemia or dysrhythmia.

**COURSE/MEDICAL DECISION MAKING**

Course:
Lindsey Hill presented to the Emergency Department by walk-in for evaluation. I reviewed the nursing notes.

This is a 27-year-old male who presented to the ED after a physical assault that occurred 2 days prior to my examination. Patient was alert and appropriately oriented with a nonfocal logic examination. She appears to have sustained significant head and facial trauma, and reports a strangulation injury and loss of consciousness.

Patient presents for evaluation after suffering a minor blunt head trauma. I considered high-risk diagnoses such as intracranial hemorrhage, spinal cord injury, acute fracture/dislocation and/or concussion.

Patient is well appearing and neurologically intact with GCS of 15

Severe headache
Vomiting x 2 or more
Signs of basilar skull fx (raccoon eyes, Battle's sign)

A Head CT was ordered based on positive indicators as stated above. These results, in addition to CT maxillofacial for evaluation of facial fractures, are currently pending. CT of the neck was obtained secondary to strangulation injury, and showed no acute vascular injury. Urinalysis shows findings consistent with urinary tract infection and patient will require antibiotics. I will transfer further care of this patient to the attending.

Hill, Lindsey ▮▮▮▮▮▮▮▮ Printed by Asal Khosroabadi, LCSW [127075] at 5/17/2... Page 6 of 7

Name:Hill, Lindsey ████████████████████                           Page 7 of 7

<div style="background:black;color:white">DISPOSITION</div>

Final diagnoses:
**Acute head injury**
**Assault by manual strangulation**

**New Prescriptions**
  No medications on file

No follow-up provider specified.

*Portions of this chart may have been created with Dragon voice recognition software. Occasional wrong-word or "sound-alike" substitutions may have occurred due to the inherent limitations of voice recognition software. Please read the chart carefully and recognize, using context, where these substitutions have occurred.*

Brigitte B Korkuch, PA
05/17/21 2137

**Print Lab Component**
  BMP (Order #223599514) on 5/17/21

**Lab Component SmartPhrase Guide**
  BMP (Order #223599514) on 5/17/21

**Additional Information**

| Specimen ID | Bill Type | Client ID |
|---|---|---|
| 21AH137-C147 | | |

| Specimen Date Taken | Specimen Time Taken | Specimen Received Date | Specimen Received Time | Result Date | Result Time |
|---|---|---|---|---|---|
| May 17, 2021 | 7:36 PM | May 17, 2021 | 7:39 PM | May 17, 2021 | 8:13 PM |