UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
TREVOR BAUER,                                          :   No. 1:22-cv-1822-PAC-OTW
:
                  Plaintiff,                :
:   ECF Case
:
                -against-           :
:
:
CHRIS BAUD, and G/O MEDIA, INC.,                       :
:
                  Defendants.            :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF SUPPLEMENTAL AUTHORITY

As notice of further authority in support of their pending motion to dismiss (D.E. 19), Defendants Chris Baud and G/O Media, Inc. respectfully submit the attached memorandum opinions issued by Hon. James V. Selna on November 23, 2022, in *Trevor Bauer v. Lindsey Hill, et al.*, No. 8:22-cv-00868 (C.D. Cal.). The *Hill* case was brought by Trevor Bauer – the same Plaintiff as the instant case. It also stems from the same underlying facts regarding a violent sexual encounter between Mr. Bauer and Lindsey Hill, and involves claims for defamation based on a public characterization of the injuries Ms. Hill sustained as a result of that encounter.

In the first of two opinions, Judge Selna granted Defendant Niranjan Fred Thiagarajah's motion to strike Plaintiff's defamation claim pursuant to California's Anti-SLAPP law, finding in relevant part that a statement by Ms. Hill's attorney that Mr. Bauer "brutalized" her was both substantially true and protected by California's "fair report" privilege. Ex. 1 at 14-16. In the second opinion, Judge Selna denied Mr. Bauer's motion to dismiss Ms. Hill's counterclaims for battery and sexual assault, in part on the basis that "Bauer engaged in acts while Hill was

unconscious, when she was physically and legally unable to give consent" under California law.

Ex. 2 at 9.

Dated: December 1, 2022  
New York, New York

Respectfully submitted,

By: ____*s/ Lynn B. Oberlander*____
        Lynn B. Oberlander
        Joseph Slaughter
        BALLARD SPAHR LLP
        1675 Broadway, 19th Floor
        New York, New York 10019-5820
        Phone: (212) 223-0200
        Fax: (212) 223-1942
        oberlanderl@ballardspahr.com
        slaughterj@ballardspahr.com

        *Counsel for Defendants*