UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
TREVOR BAUER,                                              :   No. 1:22-cv-1822-PAC-OTW
:
                            Plaintiff,              :
:   ECF Case
:
               -against-                        :
:
:
CHRIS BAUD, and G/O MEDIA, INC.,                           :
:
                            Defendants.             :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## SECOND NOTICE OF SUPPLEMENTAL AUTHORITY

      As notice of further authority in support of their pending motion to dismiss (D.E. 19), Defendants Chris Baud and G/O Media, Inc. respectfully submit the attached memorandum opinion issued by Hon. Michael W. Fitzgerald on December 5, 2022, in *Trevor Bauer v. The Athletic Media Co., et al.*, No. 2:22-cv-02062 (C.D. Cal.). The *Athletic* case was brought by Trevor Bauer – the same Plaintiff as the instant case. It also stems from the same underlying facts regarding a violent sexual encounter between Mr. Bauer and Lindsey Hill, and involves claims for defamation based on an article published in *The Athletic* that is an integral part of Plaintiff's actual malice allegations in this case.

      In his opinion, Judge Fitzgerald granted *The Athletic*'s Special Motion to Strike the Complaint pursuant to California's Anti-SLAPP statute, finding that the challenged statements in *The Athletic* article were substantially true, that Plaintiff had failed to allege special damages, and that Plaintiff had not adequately alleged that *The Athletic* article was published with actual

malice.  Ex. 1 at 13-19.  Judge Fitzgerald denied co-defendant Molly Knight's Motion to Dismiss a defamation claim based on a series of tweets she allegedly posted about Plaintiff.  *Id*. at 20-32.

Dated: December 8, 2022
New York, New York

Respectfully submitted,

By: _____*s/ Lynn B. Oberlander*_____
Lynn B. Oberlander
Joseph Slaughter
BALLARD SPAHR LLP
1675 Broadway, 19th Floor
New York, New York 10019-5820
Phone:  (212) 223-0200
Fax:  (212) 223-1942
oberlanderl@ballardspahr.com
slaughterj@ballardspahr.com

*Counsel for Defendants*