**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TREVOR BAUER,

                        Plaintiff,

      -against-                                  22 **CIVIL** 1822 (PAC)

                                                                       **JUDGMENT**

CHRIS BAUD and G/O MEDIA, INC.,

                        Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 1, 2023, Defendants' motion to dismiss is GRANTED. Because the claims are premised on nonactionable statements, the claims are dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      March 2, 2023

                                                                **RUBY J. KRAJICK**

                                                                **Clerk of Court**

                               **BY:**   *K. Mango*

                                                               **Deputy Clerk**