# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TREVOR BAUER,<br><br>       Plaintiff,<br><br>v.<br><br>CHRIS BAUD, and G/O MEDIA, INC.,<br><br>       Defendants. | Case No. 1:22-cv-01822-PAC<br><br>**NOTICE OF APPEAL** |

**NOTICE** is hereby given that Plaintiff Trevor Bauer in the above-named case appeals to the United States Court of Appeals for the Second Circuit from the Court's Order entered on March 1, 2023 (ECF No. 29) in favor of Defendants' Motion to Dismiss and the final judgment entered in this action on March 2, 2023 (ECF No. 30).

Dated: March 30, 2023

Respectfully submitted,

/s/ Blair G. Brown
Blair G. Brown
Jon R. Fetterolf
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
(202) 778-1800
bbrown@zuckerman.com
jfetterolf@zuckerman.com

Shawn P. Naunton
Nell Z. Peyser
Mark J. Feaster
ZUCKERMAN SPAEDER LLP
485 Madison Avenue, 10th Floor
New York, NY 10022
(212) 704-9600
snaunton@zuckerman.com
npeyser@zuckerman.com
mfeaster@zuckerman.com

*Attorneys for Plaintiff*